JEROME GREENWALD, an Infant, by SAMUEL GREENWALD, His Guardian ad Litem, and SAMUEL GREENWALD, Respondents, v. SUN PRINTING & PUBLISHING ASSOCIATION, Appellant, Impleaded with Another, Defendant.— Judgment unani-

mously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.